

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00847-CV

**IN THE INTEREST OF S.E.S.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02682
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED May 30, 2018.

Marialyn Barnard, Justice